## CASCADES PROJECTION LLC, Appellant

v.

## EPSON AMERICA, INC., Sony Corporation, Appellees

2017-1517
2017-1518

United States Court of Appeals,
Federal Circuit.

March 13, 2018

PHILIP P. MANN, Mann Law Group, Seattle, WA, argued for appellant. Also represented by ROBERT GREENSPOON, Flachsbart & Greenspoon, LLC, Chicago, IL.

DAVID J. BALL, JR., Paul, Weiss, Rifkind, Wharton & Garrison LLP, Washington, DC, argued for appellee Epson America, Inc. Also represented by NICHOLAS P. GROOMBRIDGE, JENNY CHIA CHENG WU, New York, NY.

ANDREW J. BRAMHALL, Quinn Emanuel Urquhart & Sullivan, LLP, Redwood Shores, CA, argued for appellee Sony Corporation. Also represented by KEVIN P.B. JOHNSON; MATTHEW A. SMITH, Smith Baluch LLP, Washington, DC.

(Reyna, Wallach, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.